Ahdoot & Wolfson, P.C.
Tina Wolfson (SBN 174806)
Keith Custis (SBN 218818)
1016 Palm Avenue
West Hollywood, CA 90069
Telephone: (310) 474-9111

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Burga and Alison Conforti, individually and on behalf of all others similarly situated,<br><br>PLAINTIFF(S)<br>v.<br>The Hain Celestial Group, Inc., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:15-cv-00115<br><br>NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT<br>(For use with State Service only) |

To: Kenneth K. Lee, Esq., Jenner & Block LLP, 633 W. 5th St., Suite 3600, Los Angeles, CA 90071

The summons and complaint served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on January 26, 2015.

_Keith Custis_
Signature of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
(To be completed by recipient)

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at

633 W 5th St, Suite 3600, Los Angeles 90071 on Jan 28, 2015
Address / Date

_Signature_
Counsel for defendant
Relationship to Entity/Authority to Receive Service of Process

CV-21 (02/04)   NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT