**AHDOOT & WOLFSON, P.C.**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Keith Custis (SBN 218818)
KCustis@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, CA  90069
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

[Additional Counsel Identified On Signature Page]

Counsel for Plaintiffs
  SANDRA BURGA and ALISON
  CONFORTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BURGA and ALISON CONFORTI, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation,<br><br>               Defendant. | Case No. 8:15-cv-00115-AG-JCG<br><br>Hon. Andrew J. Guilford<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(II)** |

WHEREAS, on January 26, 2015, Plaintiffs Sandra Burga and Alison Conforti ("Plaintiffs") filed this action on behalf of themselves and all other persons similarly situated against Defendant The Hain Celestial Group, Inc. ("Defendant") (together, the "Parties"); and

WHEREAS, because no class has been certified, judicial approval is not required for voluntary dismissal (Fed. R. Civ. P. 23(e)),

IT IS HEREBY STIPULATED by and between the Parties to this action through their undersigned counsel that Plaintiffs' Second Amended Complaint and all claims for relief alleged therein in Plaintiffs' individual capacity and not on behalf of any class they are alleged to represent, shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiffs and Defendant shall each bear their own costs and fees. Pursuant to Rule 41(a)(1)(A), this stipulated dismissal will be effective immediately upon filing without the need for a Court order.

Dated: March 9, 2016                      AHDOOT & WOLFSON P.C.

                                          /s/ Keith Custis
                                          By: Keith Custis

                                          Attorneys for Plaintiffs
                                          SANDRA BURGA and ALISON
                                          CONFORTI


Dated: March 9, 2016                      JENNER & BLOCK LLP

                                          /s/ Kenneth K. Lee
                                          By: Kenneth K. Lee

                                          Attorneys for Defendant
                                          THE HAIN CELESTIAL GROUP, INC.

Co-Lead Counsel for Plaintiffs:

**AHDOOT & WOLFSON, P.C**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Keith Custis, Of Counsel (SBN 218818)
kcustis@ahdootwolfson.com
1016 Palm Street
West Hollywood, California 90069
Tel: 310-474-9111
Fax: 310-474-8585

**ZIMMERMAN REED, LLP**
Christopher P. Ridout (SBN 143931)
c Christopher.Ridout@zimmreed.com
Caleb Marker (SBN 269721)
Caleb.Marker@zimmreed.com
555 Ocean Boulevard, Suite 500
Long Beach, CA 90802
Tel: (562) 216-7380
Fax: (562) 216-7385

**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
Todd S. Garber (*Pro Hac Vice*)
tgarber@FBFGLaw.com
1311 Mamaroneck Avenue
White Plains, New York 10605
Tel: (914) 517-5023
Fax: (914) 517-5055

## ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 9, 2016

AHDOOT & WOLFSON P.C.

/s/ Keith Custis
By: Keith Custis

Attorneys for Plaintiffs

2        Case No. 8:15-cv-00115-AG-JCG